ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
AMERICAN FUEL & PETROCHEMICAL       )
    MANUFACTURERS, et al.,          )
                                    )
        Petitioners,                )     No. 12-1249
                                    )     Consolidated with
v.                                  )     12-1330
                                    )
ENVIRONMENTAL PROTECTION AGENCY,    )
    et al.,                         )
                                    )
        Respondents.                )
_____)

## STATUS REPORT

Pursuant to the Court's July 24, 2013, Order, Respondents the United States Environmental Protection Agency, et al., ("EPA") file this status report.

1.  These petitions seek review of a final action of EPA regarding the renewable fuel standard program under section 211(o) of the Clean Air Act, 42 U.S.C. § 7545(o). EPA's final action responded to two administrative petitions, one seeking reconsideration of the 2011 renewable fuel standards for cellulosic biofuel and for advanced biofuel, and one seeking a waiver of the 2011 standard for cellulosic biofuel.

2. In light of the Court's decision in *American Petroleum Institute v. EPA*, No. 12-1139 (D.C. Cir. Jan. 25, 2013), EPA sought and the Court granted a voluntary remand of the 2011 cellulosic biofuel standard.

3. As part of EPA's proposed rulemaking for the 2014 renewable fuel standards, EPA has proposed to rescind the 2011 cellulosic biofuel standard, and to refund to obligated parties any money paid to purchase cellulosic waiver credits to comply with the 2011 cellulosic biofuel standard. *See* 78 Fed. Reg. 71,732, 71,751/2 (Nov. 29, 2013). EPA is presently evaluating the comments it has received on this proposed rulemaking.

4. The next status report is due May 5, 2015.

> Respectfully submitted,
>
> JOHN C. CRUDEN
> Assistant Attorney General
> Environment & Natural Resources Division
>
> /s/ Daniel R. Dertke
> DANIEL R. DERTKE
> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 7611
> Washington D.C. 20044
> Tel: (202) 514-0994
> Fax: (202) 514-8865
>
> Counsel for Respondents

February 4, 2015

CERTIFICATE OF SERVICE

     I hereby certify that on February 4, 2015, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

           /s/ Daniel Dertke
           Daniel Dertke